```
ABS WELDING, INC.              AMERICAN EXPRESS              BUMPER'S TITES & ACC.
P. O. BOX 563                  P.O. BOX 650448               1226 HWY. 98 BYPASS
COLUMBIA, MS 39429             DALLAS, TX 75265-0448         COLUMBIA, MS 39429


R. MICHAEL BOLEN MISS. BAR     AMERICAN PIPING PRO.          CAPITOL ULTRASONICS
HOOD & BOLEN, PLLC             SUITE 310                     P. O. BOX 53248
ATTORNEYS AT LAW               825 MARYVILLE CENTRE          BATON ROUGE, LA 70892
3770 HIGHWAY 80 WEST           CHESTERFIELD, MO 63017
JACKSON, MS 39209


A & A CRANE, LLC               AMERICAN SUPPLY CO.           CARBOLINE COMPANY
P. O. BOX 711                  P. O. BOX 54168               P. O. BOX 931942
FOXWORTH, MS 39483             PEARL, MS 39288-4168          CLEVELAND, OH 44193


A-1 RENTALS                    AMSTERDAM                     CARQUEST
P. O. BOX 450                  P. O. BOX 580                 524 LUMBERTON ROAD
COLUMBIA, MS 39429             AMSTERDAM, NY 12010           COLUMBIA, MS 39429


AAA FIBERGLASS REPAIR          ANALYTIC STRESS               CEI
10519 S. SUNNYLANE             SUITE 202-C                   509 NW 5TH STREET
OKLAHOMA CITY, OK 73160        3118 W. PINHOOK ROAD          BLUE SPRINGS, MO 64014-
                               LAFAYETTE, LA 70508


ADVANCED APPLICATION           BANK OF AMERICA               CITIZENS BANK
17609 LAKE VISTA DR.           P.O. BOX 851001               814 MAIN STREET
GREENWELL SPR, LA 70739        DALLAS, TX 75285-1001         P. O. BOX 232
                                                             COLUMBIA, MS 39429


AFLAC                          BARNHART CRANE & RIGG.        CITY LEASING, LLC
1932 WYNNTON ROAD              3460 I-55 SOUTH               P. O. BOX 772808
COLUMBUS, GA 31999             JACKSON, MS 39212             MEMPHIS, TN 38177-2808


AIR MAINTENANCE, INC.          BEACON SUPPLY CO. INC.        COLUMBIA COMPUTERS
P. O. BOX 18587                P. O.BOX 968                  1225 HWY. 98 EAST
HATTIESBURG, MS 39404          COLUMBIA, MS 39429            COLUMBIA, MS 39429


AIRGAS USA, LLC                BLUELINE RENTAL               COLUMBIA DIESEL CAST.
BLDG. 400                      P. O. BOX 16624               1256 HWY. 98
2015 VAUGHN ROAD               HATTIESBURG, MS 39402         COLUMBIA, MS 39429
KENNESAW, GA 30144
```

| | | |
|---|---|---|
| COLUMBIA LUBE & SERV.<br>504 S. HIGH SCHOOL AVE<br>COLUMBIA, MS 39429 | DISA, INC.<br>P. O. BOX 120314<br>DALLAS, TX 75312-0314 | GULF COAST SAFETY<br>170 JAMES DRIVE EAST<br>SAINT ROSE, LA 70087 |
| COLUMBIA PAWN & RENTAL<br>615 LUMBERTON ROAD<br>COLUMBIA, MS 39429 | DISCOVER<br>P. O. BOX 71084<br>CHARLOTTE, NC 28272-1084 | H & H X-RAY SERVICES<br>P. O. BOX 517<br>WEST MONROE, LA 71294-0 |
| COLUMBIA PIPE & SUPP.<br>P. O. BOX 2153<br>BIRMINGHAM, AL 35287-3147 | DON SMITH<br>SOUTH COMPRESSION, INC<br>40100 CALENDONIA RD.<br>HAMILTON, MS 39746 | HATTISBURG CLINIC<br>P.O. BOX 22506<br>JACKSON, MS 39225-2506 |
| COLUMBIA STARTER & ALT<br>610 LUMBERTON ROAD<br>COLUMBIA, MS 39429 | DON SMITH<br>125 BEN BURCH ROAD<br>FULTON, MS 38843 | HENDERSON STEEL CORP.<br>P. O. BOX 580<br>MARION, MS 39342 |
| COLUMBIA WELDING SUPP.<br>P. O. BOX 26<br>COLUMBIA, MS 39429 | DOUGLAS ELECTRIC & REP<br>P. O. BOX 866<br>COLUMBIA, MS 39429 | HILL HARDWARE, INC.<br>717 MAIN STREET<br>COLUMBIA, MS 39429 |
| CREDIT BUREAU CENTRAL<br>P. O. BOX 1529<br>HATTIESBURG, MS 39403 | FEDERAL STEEL SUPPLY<br>P. O. BOX 6009<br>SAINT LOUIS, MO 63160-0079 | HUB CITY STEEL<br>1505 U. S. HWY 11<br>PETAL, MS 39465 |
| CRISCO SWABBING SERV.<br>P. O. BOX 1555<br>PRENTISS, MS 39474 | FIRST MERCURY INS. CO.<br>P. O. BOX 5096<br>SOUTHFIELD, MI 48086 | IRS<br>SUITE 504<br>100 W. CAPITOL STREET<br>JACKSON, MS 39201 |
| CUSTOM CARTS<br>1530 HWY. 84 EAST<br>LAUREL, MS 39442 | FISHER BROWN BOTTRELL<br>. O. BOX 1490<br>JACKSON, MS 39215-1490 | J. T. RYERSON<br>P. O. BOX 731036<br>DALLAS, TX 75373-1036 |
| DAVE PARSONS, CPA<br>45 PINEY WOODS LANE<br>SUMRALL, MS 39482 | G & K SERVICES CO,<br>P. O. BOX 842385<br>BOSTON, MA 02284-2385 | JACK MORRIS BUTANE GAS<br>1016 JACK MORRIS DRIVE<br>COLUMBIA, MS 39429 |

```
JACK MORRIS OIL                 NAPA AUTO PARTS                 PUCKETT RENTS
1016 JACK MORRIS DRIVE          240 S. HIGH SCHOOL ST.          P. O. BOX 321033
COLUMBIA, MS 39429              COLUMBIA, MS 39429              FLOWOOD, MS 39232



LITTLE RIVER CYCLES             NAVITAS LEASE CORP.             QUALITY WELDING & FAB.
1302 HWY. 98 EAST               P. O. BOX 3491                  P. O. BOX 30581
COLUMBIA, MS 39429              JACKSONVILLE, FL 32204-3491     TAMPA, FL 33630-3581



MACK GRUBBS MOTORS              OFFICE DEPOT                    RAYBURN'S AUTO REPAIR
1480 HWY. 80 EAST               P. O. BOX 689020                229 OLD FOXWORTH ROAD
COLUMBIA, MS 39429              DES MOINES, IA 50368-9020       COLUMBIA, MS 39429



MARION COUNTY TAX COLL          ONECIS INSURANCE CO.            RAYBURN'S RADIATOR
SUITE 3                         SUITE 100                       229 OLD FOXWORTH ROAD
250 BROAD STREET                390 BENMAR DRIVE                COLUMBIA, MS 39429
COLUMBIA, MS 39429              HOUSTON, TX 77060



METALS, INC.                    OSCAR SMITH, M.D.               ROBERTS WHOLESALE, INC
P. O. BOX 951044                317 CHURCH STREET               141 PARK AVENUE
DALLAS, TX 75395-1044           COLUMBIA, MS 39429              MOODY, AL 35004



MIKE'S AUTO PARTS               OVERHEAD DOOR CO.               ROSS & YEAGER INS.
411 GOLD AVENUE                 46 HATTEN ROAD                  P. O. BOX 1139
COLUMBIA, MS 39429              HATTIESBURG, MS 39402           JACKSON, MS 39215-1139



MISS. PAINT, SANDBLAST          PLS                             SAMS CLUB
3236 RUSSELL CAMO ROAD          P. O. BOX 4987                  P.O. BOX 530942
MERIDIAN, MS 39301              HOUSTON, TX 77210-4987          ATLANTA, GA 30353-0942



MODSPACE                        POPE TIRE SERVICE               SCCI, INC.
1200 SWEDESFORD ROAD            P. O. BOX 749                   P. O. BOX 1649
BERWYN, PA 19312                COLUMBIA, MS 39429              PRENTISS, MS 39474



MR. SIPPE BEVERAGES             PRUDENTIAL                      SOUTH ANNA TOOL, INC.
P. O. BOX 16492                 P. O. BOX 856138                P. O. BOX 1205
HATTIESBURG, MS 39402           LOUISVILLE, KY 40285            ASHLAND, VA 23005
```

```
SOUTHERN GAS & SUPPLY          THE MUFFLER SHOP
125 THRUWAY PARK               223 OLD FOXWORTH ROAD
BROUSSARD, LA 70518-3602       COLUMBIA, MS 39429



SOUTHERN INSPECTION            THE NATIONAL BOARD
10613 HWY.63                   1055 CRUPPER AVENIUE
MOSS POINT, MS 39562-8815      COLUMBUS, OH 43229-1183



SOUTHERN ON-SITE STOR.         TOOLPUSHERS SUPPLY
90 LAKEVIEW ROAD               P. O. BOX 1714
COLUMBIA, MS 39429             CASPER, WY 82602



SOUTHERN TIRE MART             U S ATTORNEY/IRS
228 INDUSTRIAL PARK RD         SUITE 4.430
COLUMBIA, MS 39429             501 EAST COURT ST.
                               JACKSON, MS 39201



SPECIALTY EQUIPMENT            WELDING TESTING LAB
8 DONALD DRIVE                 4350 SCENIC HIGHWAY
LAUREL, MS 39440               BATON ROUGE, LA 70805



SRC ENGINEERS, INC.            WOLFE LUMBER YARD
P. O. BOX 81903                P. O. BOX 270
LAFAYETTE, LA 70598-1903       COLUMBIA, MS 39429



STRINGER OILFIELD              WPI
P. O. BOX 471                  P. O. BOX 204116
COLUMBIA, MS 39429             DALLAS, TX 75320-4116



TAYLOR CONSTRUCTION CO
28 TAYLORS CIRCLE
LAUREL, MS 39443



TECHWELD, INC.
P. O. BOX 1900
PASCAGOULA, MS 39568-1900
```